DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar #6875
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438
(775) 784-5181-facsimile

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEREK SCOTT McADOW, | 3:08-cv-508-RAM |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL AND ORDER THEREON |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

It is hereby stipulated and agreed, by and between the parties hereto, that this action may be dismissed with prejudice, with each party to bear their own costs of litigation and attorneys' fees, pursuant to Rule 41(a)(1), F.R.Civ.P.

_____
DEREK SCOTT McADOW
Plaintiff

DANIEL G. BOGDEN
United States Attorney

_____
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED

Dated: __July 7__, 2010

_____
UNITED STATES MAGISTRATE JUDGE